PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Eurby Dajoe Fitzhugh

Crim. No. 8:14CR403

On November 23, 2012 the above named was placed on probation/supervised release for a period of three years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.

Respectfully submitted,

John A. Hill
*Supervising U.S. Probation and Pretrial Services Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 11th day of August, 20 15.

Joseph F. Bataillon
*Senior United States District Judge*